IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, | ) ) ) | CASE NO.  CV 04-168-MHW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JEFFREY FOSS, Supervisor, Snake River Office, USFWS; U.S. FISH AND WILDLIFE SERVICE, and GALE NORTON, Secretary of the Department of the Interior, | ) ) ) ) ) ) | **ORDER** |
| Defendants, | ) ) ) | |

Based upon the Joint Stipulation Settling Plaintiff's Claim for Attorneys' Fees and Costs (Docket No.106), filed November 9, 2006, and good cause appearing,

**IT IS HEREBY ORDERED** that the terms of the Joint Stipulation are GRANTED.



DATED: November 9, 2006

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**Order - Page 1**